# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| DEAN FOODS COMPANY, | § § | |
| Plaintiff, | § § | Case No. |
| v. | § § | |
| BRETT JOHNSON AND DAIRY FARMERS OF AMERICA, INC., | § § § § | |
| Defendants. | § | |

# INDEX IN ACCORDANCE WITH LOCAL RULE 81.1

| Tab No. | Document | Date Filed in State Court |
|---|---|---|
| A-1 | State Court Docket Sheet | |
| A-2 | Plaintiff's Original Petition and Verified Application for Temporary Restraining Order, Temporary Injunction and Permanent Injunction | 10/13/2017 |
| A-3 | Dallas County Civil District Court Cover Sheet | 10/13/2017 |
| A-4 | Temporary Restraining Order | 10/13/2017 |
| A-5 | Letter from Plaintiff's Counsel to the District Clerk | 10/16/2017 |
| A-6 | Citation Issued to Brett Johnson | 10/17/2017 |
| A-7 | Citation Issued to Dairy Farmers of America, Inc. | 10/17/2017 |
| Exhibit B | Civil Cover Sheet | |
| Exhibit C | Supplemental Civil Cover Sheet For Cases Removed From State Court | |